**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,  CASE NO. 6:23-cv-00029-PGB-EJK

    Plaintiff,

v.

BED BATH & BEYOND INC.
A Foreign Profit Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Bed Bath & Beyond, Inc., by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Howard Cohan and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

The Parties therefore request this Court vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all claims will be filed within 45 days.

Dated April 10, 2023.  Respectfully submitted,

*/s/ Beth S. Joseph*
Beth S. Joseph
Florida Bar No. 0062952
Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131-3075
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

**SERVICE LIST**

Gregory S. Sconzo
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Email: greg@sconzolawoffice.com

*Counsel for Plaintiff*